IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jason McGlory,                              :
                          Petitioner        :
                                            :
            v.                              :
                                            :
Workers' Compensation Appeal                :
Board (A.W. Golden, Inc. Chevy/             :
Cadillac and AmeriHealth Casualty           :
Insurance Company),                         :
                          Respondents       :        No. 2018 C.D. 2013

## **O R D E R**

NOW, August 20, 2014, having considered petitioner's application for reargument, and respondents' answer in opposition thereto, the application is denied.

BY THE COURT:

_____
DAN PELLEGRINI,
President Judge